UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BELLINGER,<br><br>            Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A.; QUALITY LOAN SERVICE CORP.; U.S. BANK NATIONAL ASSOCIATION,<br><br>            Defendants.<br>_____/ | Case No. 1: 14-cv-01076-JAM-BAM<br><br>**ORDER DIRECTING THE CLERK TO OPEN A NEW CASE NUMBER (AND ORDER DESIGNATING DOCUMENTS FOR NEW CASE**<br>      New Case No.: 1: 14-cv-1538 JAM BAM<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT NEW FILING FEE OR IFP APPLICATION FOR NEW CASE NUMBER** |

  Plaintiff Mark Bellinger ("Plaintiff"), proceeding pro se, filed this action on July 10, 2014 alleging claims against defendants related to a foreclosure. (Doc. 1.) On September 2, 2014, plaintiff filed a "Motion" for Removal. (Doc. 11) In Plaintiff's "Motion" for Removal, Plaintiff sought to remove from Calaveras County an underlying unlawful detainer action entitled *U.S. Bank National Association et al v. Mark T. Bellinger, Sr.*, case no. 14UD11257. Plaintiff improperly sought to remove this state court action, *U.S. Bank National Association et al v. Mark T. Bellinger, Sr.*, case no. 14UD11257 into the above entitled action. A separate case number is required for the removal action.

  The Court DIRECTS the clerk of this Court to open a new notice of removal case number and copy the following documents into the notice of removal case number: Doc. 11 (as the lead docket number), Doc. 14, Doc. 15-18, and Doc. 21. The new case number shall be: 1: 14-cv-1538 JAM BAM. The clerk shall designate the parties as stated in the Calaveras County case, *U.S. Bank National Association et al v. Mark T. Bellinger, Sr.*, case no. 14UD11257. The clerk also shall designate the

same counsel as representatives.  Any further pleadings or motions dealing with the removal of the Calaveras County Action shall be filed in the new case number.

      Plaintiff is directed to file the appropriate filing fee or submit an application for informa pauperis within 10 days from service of this order.  Local Rule 121(c) (the Clerk shall not file any paper, issue any process, or render any other service for which a fee is prescribed by statute or by the Judicial Conference of the United States unless the fee is prepaid).  Plaintiff's failure to comply with this order may result in sanctions, including dismissal or remand of this new case, 1: 14-cv-1538 JAM BAM.  Local Rule 110.

IT IS SO ORDERED.

Dated:   **October 1, 2014**            /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE